UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.:   16-CR-20789-HUCK/OTAZO-REYES

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

KLAYVON DEON JOHNSON,

    Defendant.
_____/

## ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION ON CHANGE OF PLEA

THIS CAUSE came before the Court upon the Defendant's request to enter a plea of guilty before the Magistrate Judge.

THIS MATTER was referred to U.S. Magistrate Judge Alicia M. Otazo-Reyes on February 14, 2017 [ECF No. 31]. A Report and Recommendation [ECF No. 33] from February 17, 2017, recommended that the Defendant's plea of guilty be accepted. The Defendant and the U.S. Government were afforded the opportunity to file objections to the Report and Recommendation. No objections have been filed. The Court has conducted a *de novo* review of the entire file. Accordingly, it is

ORDERED AND ADJUDGED that the Report and Recommendation **[ECF No. 33]** of U.S. Magistrate Judge Alicia M. Otazo-Reyes is hereby adopted and approved in its entirety. The Defendant is adjudged guilty as to the charge set forth in the Indictment. It is further

ORDERED AND ADJUDGED that Defendant's Motion to Suppress **[ECF No. 28]** is DENIED as moot.

DONE AND ORDERED in chambers in Miami, Florida, this 7th day of March, 2017.

PAUL C. HUCK
UNITED STATES DISTRICT JUDGE

cc: All counsel of record